IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 9 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

DARRELL R. DUNBAR,                    §
                                      §
              Petitioner,             §
                                      §
VS.                                   §   NO. 4:07-CV-259-A
                                      §
NATHANIEL QUARTERMAN,                 §
Director, Texas Department of         §
Criminal Justice,                     §
Correctional Institutions             §
Division,                             §
                                      §
              Respondent.             §


O R D E R

Came on for consideration the above-captioned action wherein

Darrell R. Dunbar is petitioner and Nathaniel Quarterman,

Director, Texas Department of Criminal Justice, Correctional

Institutions Division, is respondent.  This is a petition for

writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  On

September 5, 2007, the United States Magistrate Judge issued his

proposed findings, conclusions, and recommendation, and ordered

that the parties file objections, if any, thereto by March 27,

2007.  Copies of the proposed findings, conclusions, and

recommendation were sent to petitioner and respondent.  Because

timely objections have not been filed, the court accepts the

proposed findings, conclusions, and recommendation of the United

States Magistrate Judge.  Therefore,

The court ORDERS that the petition be, and is hereby,

dismissed with prejudice as time-barred.

SIGNED October 9, 2007.

_____
JOHN McBRYDE
United States District Judge